■ In the Matter of NATHAN SMITH, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [724 NYS2d 666] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—CPLR art 78.) Present—Green, J. P., Hurlbutt, Scudder, Burns and Lawton, JJ.